**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| GILBERT COLE, | ) NO. CV 10-216-JVS (MAN) |
| Petitioner, | ) |
| v. | ) JUDGMENT |
| THE PEOPLE OF THE STATE OF CALIFORNIA, | ) |
| Respondent. | ) |

Pursuant to the Court's Order Denying Motion for Extension of Time,

IT IS ADJUDGED that the above-captioned action is dismissed without prejudice for lack of jurisdiction.

DATED: January 20, 2010.

_____
JAMES V. SELNA
UNITED STATES DISTRICT JUDGE